## Sverchek *v.* Sverchek, Appellant.

Argued December 7, 1970. *Thomas S. McCready,* for appellant; *Frank D. Llewellyn,* for appellee.

Opinion Per Curiam: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

Montgomery and Cercone, JJ., dissent.